97  79
54a  74

Davis, *Appellant*, v. Morgan, *Administrator*.

**Non-survival of Action for Personal Injuries:** PRACTICE.
An action for personal injuries cannot, after the death of the defendant, be revived in the name of his administrator. (R. S. 1879, secs. 96, 97).

*Appeal from Scotland Circuit Court.*—Hon. B. E. Turner, Judge.

STRICKEN FROM THE DOCKET.

*McKee & Jayne* for appellant.

*Smoot & Pettingill* and *Shelton & Dysart* for respondent.

SHERWOOD, J.–This action was brought for personal injuries caused to plaintiff by the fall of a house owned by Robert G. Shaw. Such proceedings were had in the circuit court as compelled plaintiff to take a nonsuit and he has appealed here. During the present term, the death of the defendant has been suggested, and by consent, the administrator has been made a party to the action.

The merits of this cause cannot be discussed, since the action was for personal injuries, and judgment for the defendant, who, since appeal taken, has died. .The action, by reason of defendant's death, abated, and could not be revived in the name of his administrator. R. S. 1879, secs. 96, 97. The maxim, " *actio personalis moritur cum persona,*" applies, and our statute, so far as concerns this case, is only declaratory of the common law. *Stanley v. Bircher's Ex'r,* 78 Mo. 245 ; 1 Chitty Pl. 77, and cas. cit.

Inasmuch as the action has abated, the cause will be stricken from the docket.   All concur.